# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>IDER VAZQUEZ MATOS<br><br>Date of Original Judgment: June 12, 2014<br>Amended: | )<br>)  Case No:  1:13CR337-1 & 1:14CR4-1<br>)<br>)  USM No:  03931-104<br>)<br>)<br>*Defendant's Attorney* |

**FILED JAN 29 2016 Clerk U.S. District Court Greensboro, NC**

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 130 months (130 months on 1:13CR337-1 Count One (Object One) and 60 months, concurrent, on 1:14CR4-1 Count One) **is reduced to 104 months** (104 months on 1:13CR337-1 Count One (Object One) and 60 months, concurrent, on 1:14CR4-1 Count One).

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated June 12, 2014, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: Jan 28, 2016

Effective Date:
*(if different from order date)*

*Judge's signature*

Thomas D. Schroeder, United States District Judge
*Printed name and title*